UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20846-CIV-SINGHAL

TYRONE M. WILLIAM,
a/k/a DONOVAN MILTON BELNAVIS,

    Petitioner,

v.

GENERAL COUNSEL,
DEP'T HOMELAND SECURITY, *et al.*,

    Respondent.
_____/

## ORDER TRANSFERRING VENUE

**THIS CAUSE** is before the Court on a *sua sponte* examination of the record. On February 19, 2025 and while housed at Krome Service Processing Center ("Krome"); *pro se* Petitioner Tyrone M. William ("Petitioner"), handed his signed *pro se* petition for writ of habeas corpus filed under 28 U.S.C. § 2241 to Krome officials. (DE [1]). Petitioner challenged his continued detention at Krome.[1] *Id.* The petition was filed in this Court on February 24, 2025. *See* (DE [1] at 1). Petitioner is currently housed at the Alexandra Staging Facility in the city of Alexandria, in Rapides Parish, Louisiana.[2] Alexandria is

---

[1] Petitioner did not name the Warden of Sarasota County Jail as the Respondent. A writ of habeas corpus must "be directed to the person having custody of the person detained." *See* 28 U.S.C. § 2243. In cases involving present physical confinement, the Supreme Court reaffirmed in *Rumsfeld v. Padilla*, 542 U.S. 426 (2004), that "the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent." *Id.* at 439.

[2] The Court learned this information by accessing the United States Immigration and Customs Enforcement website and conducting an inmate search for A-Number 026638873, "Donavan Milton Belnavis." *See* locator.ice.gov, last accessed Feb. 25, 2025.

situated within the judicial district of the Western District of Louisiana. *See* 28 U.S.C. § 98(c).

A federal petition for writ of habeas corpus may be filed either in the District in which the state court that convicted the petitioner is located, or in the District where the petitioner is confined. 28 U.S.C. § 2241(d).

Here, Petitioner is challenging his continued detention in the Western District of Louisiana. *See* (DE [1]). Petitioner, Respondent, and the relevant records in this lawsuit are presumably situated in that judicial district. Petitioner has simply filed the case in the wrong venue. Based on the foregoing, this cause shall be transferred to the United States District Court for the Western District of Louisiana. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Clerk shall take all necessary steps to ensure the prompt **TRANSFER** of this action to the United States District Court for the Western District of Louisiana.

2. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of February 2025.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc: Tyrone M. William
a/k/a Donovan Milton Belnavis
A#026638873
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov